PROB 34
(1/92)

ORIGINAL

Report and Order Terminating Probation/Supervised Release

**United States District Court**

FOR THE

DISTRICT OF HAWAII

FILED IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 18 2007
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

Criminal No. 01-000373SOM-01

CHIQUITA R. SAVAIIGAEA

It appearing that the period of supervised release expired on 12/8/2007, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

SYDNEY L. FLEMING
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 17th day of December, 2007.

SUSAN OKI MOLLWAY
U.S. District Judge